# UNITED STATES BANKRUPTCY COURT

Northern District of OHIO at Cleveland

IN RE:  Case No. 16-16473-aih
James J. Fetz  Chapter 13
Marysusan Fetz *aka* Mary S. Fetz *aka* Mary Fetz *aka* Mary Susan Fetz,

        Debtor(s).  Judge Harris

## Response to Notice of Final Cure Payment and Completion of Payments under the Plan
(filed herein to Claim # 6 on November 16, 2020 under docket number 62)

Pursuant to Fed. Bankr. Rule 3002.1 (g), Creditor is filing this response to the Trustees Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor has completed all payments under the plan.

| Name of creditor: Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC | Court claim no. (if known): 6 |
|---|---|

Last four digits of any number you use to identify the debtor's account: 2331

Does creditor agree that debtor has paid in full the amount required to cure the default on the claim?
☐ No
☒ Yes

Does creditor agree debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code?
☐ No
☒ Yes *

**Part 1: Monthly Ongoing Mortgage Payment:**

☒ As of 12/4/2020, Mortgage paid through the Chapter 13 conduit and is due for the 11/01/2020 payment. * Loan will be current upon completion of research of application of check from trustee in the amount of $1,361.79 ($175 arrears/ $1,186.79 ongoing). Creditor reserves the right to amend RNOFC as needed in the event the research shows information to the contrary.

☐ Mortgage is paid directly by Debtor(s) and is due for the / payment.

**Part 2: Itemization of the required cure or post-petition amounts that remain unpaid as of the date of this response.**

| Description | Dates Incurred | Amount |
|---|---|---|

**Part 3: Sign Here**

The person completing this Response must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Response references.

Check the appropriate box.
☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

| Print: Joel K. Jensen | /s/ Joel K. Jensen | December 7, 2020 |
|---|---|---|
|     First Name   Middle Name   Last Name | Signature | Date |

Title:        Attorney for Creditor
Company   Lerner, Sampson & Rothfuss, LPA
Address    P.O. Box 5480
             Cincinnati, Ohio  45201-5480
Contact phone:  (513) 241-3100, ext. 3349      Email:   nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Response to Notice of Final Cure Payment and Completion of Payments under the Plan, of the secured creditor, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC, was electronically transmitted on or about December 7, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Melissa L. Resar, Esq., Attorney on behalf of Debtors, James J. Fetz and Marysusan Fetz via mresar@ohiolegalclinic.com

Lauren A. Helbling, Trustee
lhelbling@ch13cleve.com

Office of the U.S. Trustee
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Response to Notice of Final Cure Payment and Completion of Payments under the Plan, of the secured creditor, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC , was transmitted on or about December 7, 2020, via regular U.S. mail, postage pre-paid:

James J. Fetz
33850 Gloria Avenue
North Ridgeville, OH 44039

Marysusan Fetz
33850 Gloria Avenue
North Ridgeville, OH 44039

/s/ Joel K. Jensen
Joel K. Jensen, Attorney for Creditor
Lerner, Sampson & Rothfuss
Bar Registration No. 0029302
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com